UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY DUNKLEE,

    Plaintiff,

v.                                                         Case No. 1:17-cv-402
                                                             Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: September 27, 2018                        /s/ Ray Kent
                                                    United States Magistrate Judge